Ryan E. Simpson (11300)
Attorney for Debtors
8839 South Redwood Road, Suite C2
West Jordan, Utah 84088
Telephone: (801) 432-8682
Fax: (888) 247-2541

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

| IN RE:<br><br>Wesley Dale Taylor<br>Kelly Taylor<br><br>Debtor. | Chapter 13<br>Case No.: 14T-29360<br>Judge: William T. Thurman |
|---|---|

## DEBTOR'S OBJECTION TO MOTION
## TO TERMINATE THE AUTOMATIC STAY

Debtors', by and through attorney Ryan E. Simpson, hereby objects to Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust, Series 2013-6, Motion to Terminate the Automatic Stay, and in support thereof states as follows:

1. Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust, Series 2013-6, filed a Motion for Relief from the Automatic Stay claiming the Debtor is in default for failure to make the required contractual payments and is not otherwise protecting Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust, Series 2013-6.

2. Debtors' have made the February, March, April and May house payments.

WHEREFORE, debtor requests that the Motion to Lift the Stay be denied.

Dated this 1st day of May, 2015.

/s/ Ryan E. Simpson
Attorney for Debtors

## **CERTIFICATE OF SERVICE**

### **By Notice of Electronic Filing (CM/ECF)**

      I hereby certify that on the 1st day of May, 2015, I electronically filed the foregoing OBJECTION TO MOTION TO TERMINATE THE AUTOMATIC STAY with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system.

| | |
|---|---|
| United State Trustee | USTPRegion19.SK.ECF@usdoj.gov |
| Kevin R. Anderson | kanderson@ch13kra.com |
| Ryan E. Simpson | ryan@bnkut.com |
| Kenyon D. Dove | kdove@smithknowles.com; dcouch@smithknowles.com |

      **By U.S. Mail** – Regular first class United States mail, postage full prepaid

      I hereby certify that on the 1st day of May, 2015, caused to be served a truce and correct copy of the foregoing OBJECTION TO MOTION TO TERMINATE THE AUTOMATIC STAY as follows:

Wesley & Kelly Taylor  
2751 Wardway Drive  
Salt Lake City, Utah 84124

                                                 /s/ Ryan E. Simpson